IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TERESA COLBURN and                                                                    PLAINTIFFS
SUMMER CONLEE

V.                                                                    CIVIL ACTION NO. 1:19-CV-9-SA-RP

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                    DEFENDANTS

ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court was advised that this action was settled or is in the process of being settled. Therefore, it is not necessary that the action remain on the calendar of the Court.

IT IS ORDERED that this action be DISMISSED *without prejudice*. The Court retains complete jurisdiction to vacate this order and reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.

This the 18th day of June, 2019.

                                                /s/ Sharion Aycock
                                                UNITED STATES DISTRICT JUDGE