IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TERESA COLBURN and
SUMMER CONLEE                                                                                          PLAINTIFFS

V.                                                                              CAUSE NO: 1:19-CV-09-SA-RP

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                                      DEFENDANT

AGREED ORDER OF DISMISSAL

UPON CONSIDERATION of Plaintiffs' and Defendant's Stipulation and Joint Motion of Dismissal [24], it is hereby ORDERED that all allegations and claims, including extra contractual claims, contained in Plaintiffs' Complaint are hereby DISMISSED *with prejudice*.

SO ORDERED, this the 30th day of July, 2019.

*/s/ Sharion Aycock*
UNITED STATES DISTRICT JUDGE

Agreed as to form:

*/s/ T. K. Moffett*
T.K. MOFFETT, MSB #3402
Moffett Law Firm, PLLC
P. O. Box 1707
Tupelo, MS 38802-1707
*Attorney for Plaintiffs*


*/s/ Lawrence J. Tucker, Jr.*
H. SCOT SPRAGINS, MSB #7748
LAWRENCE J. TUCKER, JR., MSB #100869
Hickman, Goza & Spragins, PLLC
P.O. Drawer 668
Oxford, MS 38655
*Attorney for Defendant*